IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

CHARLES WILLIAM HOOPER,

ORDER

Plaintiff,

v.                                                                    11-cv-572-slc

KRISTINE HAMMERMEISTER,

Defendant.

_____

On June 1, 2012, this court provided notice to the parties that it would hold a telephonic preliminary pretrial on June 21, 2012 at 2:00 p.m.  Plaintiff Charles W. Hooper was instructed to call the court to be added to the conference call.   At the appointed time on the appointed day, Hooper did not call the court.  The court called the telephone number it had for Hooper but could not reach him.   The court then contacted Attorney Michele Ford, counsel for the defendant, who reported that she had attempted to contact Hooper telephonically several days ago, could not reach him, and had not received a call back.

Last month, this court dismissed three of Hooper's other lawsuits in this court for failure to prosecute them.  *See* Case Nos. 10-cv-743, 11-cv-11-slc and 11-cv-571-slc.

This court will give Hooper one more chance in the instant lawsuit: the telephonic preliminary pretrial conference has been re-set for June 28, 2012 at 2:30 p.m.  Hooper must telephone into the court at that time (telephone number 608-264-5153) to participate in the telephonic preliminary pretrial conference.  If he fails to do so, then this court will dismiss this lawsuit with prejudice for Hooper's failure to prosecute it.

Entered this 21st day of June, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge