IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES WILLIAM HOOPER,

    Plaintiff,

v.

KRISTINE HAMMERMEISTER,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-572-wmc

This action came for consideration before the court with District Judge Williams M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Charles William Hooper's failure to prosecute.

_____
Peter Oppeneer, Clerk of Court

7/11/12
Date